## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00060-RPM-BNB

ROBIN JARRATT,

       Plaintiff,

v.

SUNRISE CREDIT SERVICES, INC., a New York corporation,

       Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

                              BY THE COURT:

March 11, 2013                s/Richard P. Matsch
_____        _____
DATE                            Richard P. Matsch, Senior District Judge